JANUARY 16, 1943

**No. 47928.**—SUIT 4385.— —*Waterman Steamship Corp.* v. *United States.* affirmed Dec. 1, 1942. C. A. D. 223.

**No. 47929.**—SUIT 4393.— —*Pitman Publishing Corp.* v. *United States.* affirmed Dec. 1, 1942. C. A. D. 222.

BEFORE THE SECOND DIVISION, JANUARY 20, 1943

**No. 47930.**—Protest 643692–G of W. X. Huber Co. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that certain of the merchandise in question is cotton rags the same as those involved in *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771). They were therefore held entitled to free entry under paragraph 1750 in accordance with the percentages as set out in the stipulation.

BEFORE THE THIRD DIVISION, JANUARY 20, 1943

**No. 47931.**—Protest 997912–G of H. Toda (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise in question is the same as that in *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610). The protest was therefore sustained.

**No. 47932.**—Protest 91595–K of John H. Burns Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the frozen frogs' legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the protest was sustained.

**No. 47933.**—Protest 92733–K of Chesebro, Robbins & Graham, Inc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the frozen frogs' legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the protest was sustained.